IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **MICHALI TOUMAZOU, et al.** | NO. 14-7170 |
|     Plaintiffs-Appellants, | |
|     v. | |
| **TURKISH REPUBLIC OF NORTHERN CYPRUS, et al.** | |
|     Defendants-Appellees. | |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

The following information is provided pursuant to the Court's Order and D.C. Circuit Rule 28(a)(1):

**A. Parties, Intervenors and *Amici***

The following parties were named in the district court:

**Plaintiffs/Appellants**: Michali Toumazou, Nicolard Kantzilaris, and Maroulia Toumpazou.  As well as the plaintiffs identified by the district court in its Orders now on appeal or in the related cases that will be identified and provided by separate cover.

**Defendants/appellees:** Turkish Republic of Northern Cyprus, HSBC Holdings PLC, HSBC Bank USA, N.A, and Mehmet Ali Talat; and all defendants named in the related cases not otherwise identified.

**B. Rulings Under Review.**

The rulings under review are all Orders of the U.S. District Court for

the District of Columbia (Friedman, J.), in case no. 1:09-1967 including but not limited to Orders entered on September 30 2014, October 9, 2014, granting Defendant-Appellee Turkish Republic of Northern Cyprus' motion to dismiss for lack of personal jurisdiction, and granting Defendants-Appellees HSBC Holdings PLC and HSBC Bank USA, N.A.'s motion to dismiss for failure to state a claim; and the Orders in the related cases dismissed on October 31, 2014 as a result of similar issues involved.

**C. Related cases.**

The following are related cases identified by the court in it Orders dated September 30, 2014 and/or October 9, 2014 that is being appealed; District Court for the District of Columbia: *Fiouris, et al. v. Turkish Cypriot Community, et al.,* Case No. 10-1225, dismissed October 31, 2014 and *Latchford, et al. v. Turkish Republic of Northern Cyprus, et al.,* Case No. 12-0846, dismissed October 31, 2014.

This case has not previously been before this Court or any court other than the U.S. District Court for the District of Columbia.

Respectfully submitted,

/s/Athan T. Tsimpedes                         Dated:  December 8, 2014
TSIMPEDES LAW FIRM
11 Dupont Circle, NW
Suite 500
Washington, DC 20036
Ph: 202-464-9910
*Attorney for Appellants*

## CERTIFICATE OF SERVICE

I certify that, on this 8th day of December, 2014, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record in this matter who are registered with the Court's CM/ECF system.

Respectfully submitted,

/s/Athan T. Tsimpedes                    Dated:  December 8, 2014
TSIMPEDES LAW FIRM
11 Dupont Circle, NW
Suite 500
Washington, DC 20036
Ph: 202-464-9910
*Attorney for Appellants*