# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 14-7170**  September Term, 2014

1:09-cv-01967-PLF

Filed On: January 16, 2015 [1532512]

Michali Toumazou, et al.,

    Appellants

    v.

Turkish Republic Of Northern Cyprus, An unincorporated association of organized crime, also known as TRNC, et al.,

    Appellees

## O R D E R

Upon consideration of appellants' motion for extension of time to file initial submissions, it is

**ORDERED** that the motion be granted. The submissions received December 9, 2014, are deemed timely filed.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Mark A. Butler
Deputy Clerk