# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 14-7170** | **September Term, 2014** |
| | 1:09-cv-01967-PLF |
| | Filed On: March 31, 2015 [1545158] |

Michali Toumazou, et al.,

      Appellants

      v.

Turkish Republic Of Northern Cyprus, An unincorporated association of organized crime, also known as TRNC, et al.,

      Appellees

### O R D E R

Upon consideration of appellants' unopposed motion to extend time and modify briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | April 6, 2015 |
| Appellees' Brief | May 6, 2015 |
| Appellants' Reply Brief | May 20, 2015 |
| Deferred Appendix | May 27, 2015 |
| Final Briefs | June 10, 2015 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
        Ken R. Meadows
        Deputy Clerk